1 CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
2 6207 South Walnut Street, Suite 800
Loomis, CA 95650
3 Telephone: 916-660-9401
Facsimile: 916-660-9378
4

5 Attorneys for Defendant
GHODRAT SOLTANI
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 SCOTT N. JOHNSON,         CASE NO.  08-cv-01446-GEB-GGH

11         Plaintiff,

12
    v.                        **SUBSTITUTION OF ATTORNEYS**
13                            **AND [PROPOSED] ORDER**
   GHODRAT SOLTANI, INDIVIDUALLY
14 AND D/B/A SOUTH JAPANES MOTORS;
   KAMYAR SOLTANI,
15
16         Defendants.

17

18 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      NOTICE IS HERBY GIVEN that Defendant GHODRAT SOLTANI makes the

20 following substitution of attorneys:

21      Ghodrat Soltani, Pro se;

22 ///

23 ///

24 ///

25 ///

-1-
*SUBSTITUTION OF ATTORNEYS*

Now represented by: Attorney Cris C. Vaughan, Vaughan & Associates Law Office, 6207 South Walnut Street, Suite 800, Loomis, California, telephone number 916-660-9401.

Respectfully submitted,

VAUGHAN & ASSOCIATES

Dated: October 3, 2008          By:   /s/ *Cris C. Vaughan*
                                            CRIS C. VAUGHAN

Dated: October 2, 2008          By:   /s/ *Ghodrat Soltani*
                                            GHODRAT SOLTANI

IT IS SO ORDERED.

Dated: 10/8/08

GARLAND E. BURRELL, JR.
United States District Judge